IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DEEPAK DEEPAK,

      Petitioner,

v.                                                                      No. 2:26-cv-00623-SMD-KRS

PAMELA BONDI, KRISTI NOEM,
MARY DE ANDA-YBARRA,
DORA CASTRO, and TODD M. LYONS,

      Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

Before the Court is Petitioner Deepak Deepak's ("Petitioner's) Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241 and motion for an emergency preliminary injunction (Doc. 2), filed on March 2, 2026.  Petitioner is a citizen of India and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico.  Doc. 1 ¶¶ 5, 45.  This Court has jurisdiction under 28 U.S.C. § 2241

Petitioner entered the United States in June of 2023 at the southern border.  *Id.* ¶ 46.  ICE detained Petitioner and then released him on his own recognizance.  *Id.*  Petitioner filed for asylum and his application is still pending before the Borad of Immigration Appeals.  *Id.* ¶ 50.  Petitioner has no criminal history and has been working as a truck driver.  *Id.* ¶¶ 49, 51.  On September 3, 2025, ICE agents stopped Petitioner on his truck route and arrested him.  *Id.* ¶ 51.  He has now been detained at the Otero County Processing Center for approximately six months. Petitioner challenges his ongoing detention as a violation of federal regulations, *see* 8 C.F.R § 1236.1(d)(1), and the Fifth Amendment.  *Id.* ¶¶ 56–63.

The Court finds that Petitioner has alleged sufficient facts to survive initial review and to

demonstrate a possible violation of her Fifth Amendment rights. *Zadvydas v. Davis*, 533 U.S. 678

(2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976). Accordingly, the Court orders Respondents to

answer the Petition (Doc. 1) and the motion for an emergency preliminary injunction (Doc. 2).

**IT IS THEREFORE ORDERED** that Respondents shall file their answer no later than

March 11, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be

granted. If Petitioner elects to file an optional reply, he must do so within three days of

Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Deepak

Deepak from the District of New Mexico while these proceedings remain pending, absent express

written authorization from the Court.

 

_____

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**